IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

AT JONESBORO

TENNESSEE FARMERS MUTUAL
INSURANCE COMPANY,

    PLAINTIFF,

VS.                                                          CIVIL ACTION NO.: 3:11CV00057-BRW

TIM W. SMITH PROPERTIES, LLC,
ET AL,

    DEFENDANTS.

---

## STIPULATION AND ORDER OF DISMISSAL

COME NOW counsel for plaintiff, Tennessee Farmers Mutual Insurance Company, and counsel for defendant, General Casualty Company of Wisconsin, and would show unto the Court the following:

1. General Casualty Company of Wisconsin hereby stipulates and agrees that it is not pursuing and will not pursue any subrogation claim and is not seeking and will not seek reimbursement of any claim(s) it may have paid as a result of the incident occurring at Ace Glass Repair, Inc., in Blytheville, Arkansas, on October 21, 2008, against Kenneth D. Ramirez, Tennessee Farmers Mutual Insurance Company or any other party to this proceeding all of which is acknowledged and confirmed by the signature of Alicia Perrone, claims counsel for General Casualty Company of Wisconsin.

2. Based upon General Casualty Company of Wisconsin's stipulation and agreement that it is not pursuing and will not pursue any subrogation claim or seek reimbursement for any claim(s) it may have paid as a result of the actions and occurrence that took place on the premises of Ace Glass Repair, Inc., in Blytheville, Arkansas, on October 21, 2008, plaintiff hereby stipulates and agrees that General Casualty Company of Wisconsin should be dismissed from this lawsuit.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that based upon General Casualty Company of Wisconsin's stipulation and agreement that it is not pursuing and will not pursue any subrogation claim it might have and is not seeking and will not seek reimbursement of any claim(s) it previously paid as a result of the actions or incident which occurred on the premises of Ace glass Repair, Inc., in Blytheville, Arkansas, on October 21, 2008, against Kenneth D. Ramirez, Tennessee Farmers Mutual Insurance Company or any other party to this proceeding that Tennessee Farmers Mutual Insurance Company's lawsuit as to General Casualty Company of Wisconsin should be and is hereby dismissed with Tennessee Farmers Mutual Insurance Company and General Casualty Company of Wisconsin each being responsible for their own discretionary costs.

This the 30th day of March, 2012.

Enter: */s/ Bill Wilson*

Judge Billy Roy Wilson

2