IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

AT JONESBORO

TENNESSEE FARMERS MUTUAL
INSURANCE COMPANY,

    PLAINTIFF,

VS.                                               CIVIL ACTION NO.:  3:11CV00057-BRW

TIM W. SMITH PROPERTIES, LLC,
ET AL,

    DEFENDANTS.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this civil action stipulate that all issues have been resolved and thus, the above styled matter, including the Counter Claim, should be dismissed in its entirety with prejudice with each party being responsible for their own discretionary costs.

This the _____ day of April, 2012.

JONES, HAMILTON & LAY, P.L.C.
Attorneys at Law
P.O. Box 763
Dyersburg, TN  38025-0763
(731) 286-5323

/s/ James A. Hamilton III
       James A. Hamilton III
       B.P.R. No.:  009784
       Attorney for Plaintiff,
       Tennessee Farmers Mutual
       Insurance Company

SNELLGROVE, LANGLEY, CULPEPPER,
WILLIAMS & MULLALLY
Attorneys at Law
P.O. Box 1346
Jonesboro, AR  72403-1346
870-932-8357

/s/ Todd Williams
Todd Williams
B.P.R. No.:
Local Counsel Plaintiff,
Tennessee Farmers Mutual
Insurance Company


LAW OFFICE OF WENDELL L. HOSKINS II
404 Ward Avenue
P.O. Box 1115
Caruthersville, MO 63830
573-333-2600

/s/ Wendell Hoskins
Wendell L. Hoskins
B.P.R. No.:  17761
Attorney for Defendants,
Ace Glass Repair, Inc., and Tim W. Smith Properties. LLC


Of Counsel:
Hoskins & Harris PA
118 West Walnut
P.O. Box 185
Blytheville, AR
Phone:  870-762-6900
Fax:  870-762-2623
S:\Jah\H10-0003.047\03 Word Processing\2012-04-20-Hamilton-STP( Dismissal with prej).pld.docm