# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVSION

**TENNESSEE FARMERS MUTUAL**                                           **PLAINTIFF**
**INSURANCE COMPANY**

v.                          **3:11-CV-00057-BRW**

**TIM W. SMITH PROPERTIES, LLC,** *et al.*                **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Dismiss (Doc. No. 48). Plaintiff asks that this case be dismissed because the case has been resolved against all Defendants as follows: (1) a Stipulation and Order of Dismissal was entered into between Plaintiff and Defendant General Casualty Company of Wisconsin;[1] (2) a Stipulation of Dismissal with Prejudice was filed as to Defendants Ace Glass Repair, Inc. and Tim W. Smith Properties;[2] and (3) Default Judgment was entered against Defendants Kenneth Ramirez and Robin Ramirez.[3] The Motion is GRANTED and this case is DISMISSED.

IT IS SO ORDERED this 27th day of June, 2012.

                                                         /s/Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 41.

[2] Doc. No. 47.

[3] Doc. No. 46.

1